RYAN E. HATCH (SBN 235577)
**HATCH LAW PC**
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Telephone: 310-279-5076
ryan@hatchlaw.com

ALAN D. SEGE (SBN 177350)
**ALAN SEGE, ESQ. PC**
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Telephone: 310-957-3301
alan@alansege.com

*Attorneys For Plaintiff Actian Corporation*

David I. Holtzman
**HOLLAND & KNIGHT LLP**
560 Mission Street, Suite 1900
San Francisco, California 94105
Phone: 415.743.6909
Fax: 415.743.6910
Email: david.holtzman@hklaw.com

 *Attorney for Defendant*
*AAH Pharmaceuticals Limited*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ACTIAN CORPORATION, | Case No.  3:25-cv-06519-CRB |
| Plaintiff, | **JOINT STIPULATION TO EXTEND DEADLINE TO AMEND BY TWO WEEKS** : ORDER |
| v. | |
| AAH PHARMACEUTICALS LTD., | Assigned Judge: Hon. Charles R. Breyer |
| Defendants. | |

JOINT STIPULATION TO EXTEND DEADLINETO FILE FIRST AMENDED COMPLAINT
BY TWO (2) WEEKS
Case No. 3:25-cv-06519-CRB

Pursuant to Civil Local Rule 6-1(b), Plaintiff Actian Corporation ("Actian") and Defendant AAH Pharmaceuticals Limited ("AAH") (collectively, the "Parties"), through their respective counsel, hereby stipulate as follows with respect to the deadline to amend or add parties:

WHEREAS on January 23, 2025, the Parties filed their Joint Case Management Statement and Proposed Scheduling Order (Dkt. #19) The parties proposed that the deadline to amend or add parties would be February 4, 2026.

WHEREAS on January 26, 2026, the Proposed Scheduling Order was approved by the Court (Dkt. #20).

WHEREAS, on February 3, 2026 the parties have agreed to extend the deadline by two (2) weeks from February 4, 2026 to February 18, 2026.

WHEREAS, there is good cause to grant this stipulation because the parties have made progress engaging in an audit of AAH's systems under the terms of the agreements between them. The parties are discussing settlement of the case. If the parties settle, there will be no need to add to the litigation by Actian amending the complaint.  This two-week enlargement of the February 4 deadline has not previously been extended and will not affect any other deadlines in the case.

IT IS SO STIPULATED, through Counsel of Record.

                                  Respectfully submitted,

Dated: February 3, 2026                    By:  /s/ *David I. Holtzman*
                                           David I. Holtzman
                                           Holland & Knight LLP
                                           560 Mission Street, Suite 1900
                                           San Francisco, California 94105
                                           Phone: 415.743.6909
                                           Fax: 415.743.6910
                                           Email: david.holtzman@hklaw.com

                                           *Attorney for Defendant*
                                           *AAH Pharmaceuticals Limited*

JOINT STIPULATION TO EXTEND DEADLINETO FILE FIRST AMENDED COMPLAINT
BY TWO (2) WEEKS
Case No. 3:25-cv-06519-CRB

Dated: February 3, 2026             By:  /s/ Ryan E. Hatch

Ryan E. Hatch (SBN 235577)
ryan@hatchlaw.com
**HATCH LAW, PC**
13323 W. Washington Blvd., Ste. 302
Los Angeles, CA 90066
Tel: (310) 279-5076
Fax: (310) 693-5328

*Attorney for Plaintiff*
*ACTIAN CORPORATION*

3

JOINT STIPULATION TO EXTEND DEADLINETO FILE FIRST AMENDED COMPLAINT
BY TWO (2) WEEKS
Case No. 3:25-cv-06519-CRB

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Ryan E. Hatch, attest that concurrence in the filing of this document has been obtained.

/s/ Ryan E. Hatch
Ryan E. Hatch

JOINT STIPULATION TO EXTEND DEADLINETO FILE FIRST AMENDED COMPLAINT
BY TWO (2) WEEKS
Case No. 3:25-cv-06519-CRB

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2026, the foregoing document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

/s/ Ryan E. Hatch
Ryan E. Hatch

JOINT STIPULATION TO EXTEND DEADLINETO FILE FIRST AMENDED COMPLAINT
BY TWO (2) WEEKS
Case No. 3:25-cv-06519-CRB

RYAN E. HATCH (SBN 235577)
HATCH LAW, P.C.
13323 Washington Blvd, Suite 302
Los Angeles, CA 90066
Telephone: (310) 279-5076
Facsimile: (310) 693-5328
ryan@hatchlaw.com
adam@hatchlaw.com

*r*        *r*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ACTIAN CORPORATION | Case No. 3:25-cv-06519-CRB |
| Plaintiff, | **DECLARATION OF RYAN E. HATCH IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO AMEND BY TWO WEEKS** |
| v. | |
| AAH PHARMACEUTICALS LTD. | Assigned Judge: Hon. Charles Breyer |
| Defendant. | **JURY TRIAL DEMANDED** |

DECLARATION OF RYAN E. HATCH IN SUPPORT OF STIPULATION TO EXTEND TIME TO FILE FIRST
AMENDED COMPLAINT BY TWO (2) WEEKS
CASE NO. 3:25-CV-06519-CRB

I, RYAN E. HATCH, declare as follows:

1.     I am an attorney duly licensed to practice law before all courts of the State of California and am principal at HATCH LAW, PC, 13323 W. Washington Blvd., Suite 302, Los Angeles, CA 90066. I am an attorney for Plaintiff Actian Corporation ("Actian") in this action. I have personal knowledge of the facts stated therein. If called upon to testify, could and would testify competently to the following facts.

2.     On January 23, 2026, the Parties filed a Joint Case Management Statement and Proposed Scheduling Order (Dkt. #19). The parties proposed that the deadline for Actian to amend would be February 4, 2026.

3.     On January 26, 2026, the Proposed Scheduling Order was approved by the Court (Dkt. #20).

4.     On February 3, 2026, the parties agreed to extend the deadline to amend by two (2) weeks to February 18, 2026, and that good cause exists.  The parties have made progress engaging in an audit of AAH's systems under the terms of the agreements between them. The parties are discussing settlement of the case. If the parties settle, there will be no need to add to the litigation by Actian amending the complaint.  This two week enlargement of the deadline to amend will not affect any other deadlines in the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this day of February 3, 2026, at Los Angeles, California.

By: /s/ Ryan E. Hatch
RYAN E. HATCH (CA Bar No. 235577)
**HATCH LAW, P.C.**
13323 Washington Blvd, Suite 302
Los Angeles, CA 90066
Telephone: (310) 279-5076
Facsimile: (310) 693-5328
ryan@hatchlaw.com

*r          r                    r    r*

1

DECLARATION OF RYAN E. HATCH IN SUPPORT OF STIPULATION TO EXTEND TIME TO FILE
FIRST AMENDED COMPLAINT BY TWO (2) WEEKS
Case No. 3:25-cv-06519-CRB

Ryan E. Hatch (SBN 235577)
**HATCH LAW, PC**
13323 W. Washington Blvd., Suite 302
Los Angeles, CA 90066
Tel: (310) 957-3301
Fax: (310) 693-5328

Alan D. Sege (SBN 177350)
**ALAN SEGE, ESQ. PC**
13323 W. Washington Blvd., Suite 302
Los Angeles, CA 90066
Tel: (310) 957-3301
Fax: (310) 693-5328

*r          r*

David I. Holtzman
**HOLLAND & KNIGHT LLP**
560 Mission Street, Suite 1900
San Francisco, California 94105
Phone: 415.743.6909
Fax: 415.743.691
Email: david.holtzman@hklaw.com

*r        r        d*
*M                    M*

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ACTIAN CORPORATION, | Case No. 3:25-cv-06519-CRB |
| Plaintiff, | ~~PROPOSED~~ **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE FIRST AMENDED COMPLAINT BY TWO    WEEKS** |
| v. | |
| AAH PHARMACEUTICALS LTD., | |
| Defendant. | |

The Parties' Joint Stipulation to Extend Time to Amend by Two Weeks has come before this Court.  Having reviewed the stipulation and finding good cause, **IT IS HEREBY ORDERED** that the Joint Stipulation is granted.  The new deadline to file the First Amended Complaint is February 18, 2026.

**IT IS SO ORDERED.**

Dated:    February 4                   , 2026



Hon.                    Breyer
United States District Judge

~~PROPOSED~~ ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES TO FILE FIRST AMENDED COMPLAINT BY TWO (2) WEEKS

Case No. 3:25-cv-06519-CRB