RYAN E. HATCH (SBN 235577)
**HATCH LAW PC**
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Telephone: 310-279-5076
ryan@hatchlaw.com

ALAN D. SEGE (SBN 177350)
**ALAN SEGE, ESQ. PC**
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Telephone: 310-957-3301
alan@alansege.com

Attorneys For Plaintiff
*Actian Corporation*

**HOLLAND & KNIGHT LLP**
John Kern (SBN 206001)
David I. Holtzman (SBN 299287)
Ana Dragojevic (341847)
Isabella Granucci (351957)
560 Mission Street, Suite 1900
San Francisco, California 94105
Phone: 415.743.6909
Fax: 415.743.691
Email: john.kern@hklaw.com
        david.holtzman@hklaw.com
        ana.dragojevic@hklaw.com
        isabella.granucci@hklaw.com

Attorneys for Defendant
*AAH Pharmaceuticals Limited*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ACTIAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AAH PHARMACEUTICALS LTD.,<br><br>Defendants. | Case No.  3:25-cv-06519-CRB<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT BY TWO WEEKS**: ORDER<br><br>Assigned Judge: Hon. Charles R. Breyer |

1

JOINT STIPULATION TO EXTEND DEADLINE TO FILE FIRST AMENDED COMPLAINT
BY TWO (2) WEEKS
Case No. 3:25-cv-06519-CRB

Pursuant to Civil Local Rule 6-1(a), Plaintiff Actian Corporation ("Actian") and Defendant AAH Pharmaceuticals Limited ("AAH") (collectively, the "Parties"), through their respective counsel, hereby stipulate as follows with respect to Actian's deadline to file their First Amended Complaint:

WHEREAS on January 23, 2025, the Parties filed their Joint Case Management Statement and Proposed Scheduling Order (Dkt. No. 19) The parties proposed that the deadline to file the amended complaint would be February 4, 2026.

WHEREAS on January 26, 2026, the Proposed Scheduling Order was granted (Dkt. No. 20).

WHEREAS, on February 3, 2026 the parties agreed to extend the deadline by two (2) weeks from February 4, 2026 to February 18, 2026.

WHEREAS, on February 4, 2026 the Court granted the parties' first stipulation. Dkt. No. 22.

WHEREAS, on February 18, 2026 the parties agreed to extend the deadline by another two (2) weeks from February 18, 2026 to March 4, 2026.

WHEREAS, on February 19, 2026 the Court granted the parties' second stipulation. Dkt. No. 24.

WHEREAS, on March 3, 2026 the parties agreed to extend the deadline by another two (2) weeks from March 4, 2026 to March 18, 2026.

WHEREAS, the parties are discussing settlement of the case. If the parties settle, there will be no need to add to the litigation by Actian amending the complaint. This two-week enlargement of today's deadline on the case calendar will not affect any other deadlines in the case.

IT IS SO STIPULATED, through Counsel of Record.

JOINT STIPULATION TO EXTEND DEADLINE TO FILE FIRST AMENDED COMPLAINT
BY TWO (2) WEEKS
Case No. 3:25-cv-06519-CRB

Respectfully submitted,

Dated: March 3, 2026          By: /s/ Ryan E. Hatch

Ryan E. Hatch (SBN 235577)
ryan@hatchlaw.com
**HATCH LAW, PC**
13323 W. Washington Blvd., Ste. 302
Los Angeles, CA 90066
Tel: (310) 279-5076
Fax: (310) 693-5328

*Attorney for Plaintiff*
*ACTIAN CORPORATION*

Dated: March 3, 2026          **HOLLAND & KNIGHT LLP**

By: /s/ *Ana Dragojevic.*

John Kern
David I. Holtzman
Ana Dragojevic
Isabella Granucci


 Attorneys for Defendant
*AAH Pharmaceuticals Limited*

JOINT STIPULATION TO EXTEND DEADLINE TO FILE FIRST AMENDED COMPLAINT
BY TWO (2) WEEKS
Case No. 3:25-cv-06519-CRB

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Ryan E. Hatch, attest that concurrence in the filing of this document has been obtained.

/s/ Ryan E. Hatch
Ryan E. Hatch

JOINT STIPULATION TO EXTEND DEADLINE TO FILE FIRST AMENDED COMPLAINT
BY TWO (2) WEEKS
Case No. 3:25-cv-06519-CRB

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, the foregoing document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

/s/ Ryan E. Hatch
Ryan E. Hatch

JOINT STIPULATION TO EXTEND DEADLINE TO FILE FIRST AMENDED COMPLAINT
BY TWO (2) WEEKS
Case No. 3:25-cv-06519-CRB

RYAN E. HATCH (SBN 235577)
**HATCH LAW, PC**
13323 Washington Blvd, Suite 302
Los Angeles, CA 90066
Telephone: (310) 279-5076
Facsimile: (310) 693-5328
ryan@hatchlaw.com
adam@hatchlaw.com

*Attorney for Plaintiff*
*ACTIAN CORPORATION*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ACTIAN CORPORATION | Case No. 3:25-cv-06519-CRB |
| Plaintiff, | **DECLARATION OF RYAN E. HATCH IN SUPPORT OF THIRD JOINT STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT BY TWO (2) WEEKS** |
| v. | |
| AAH PHARMACEUTICALS LTD. | |
| Defendant. | Assigned Judge: Hon. Charles Breyer |
| | **JURY TRIAL DEMANDED** |

DECLARATION OF RYAN E. HATCH IN SUPPORT OF THIRD JOINT STIPULATION TO EXTEND TIME TO
FILE FIRST AMENDED COMPLAINT BY TWO (2) WEEKS
CASE NO. 3:25-CV-06519-CRB

I, RYAN E. HATCH, declare as follows:

1.     I am an attorney duly licensed to practice law before all courts of the State of California and am principal at HATCH LAW, PC, 13323 W. Washington Blvd., Suite 302, Los Angeles, CA 90066. I am an attorney for Plaintiff Actian Corporation ("Actian") in this action. I have personal knowledge of the facts stated therein. If called upon to testify, could and would testify competently to the following facts.

2.     On January 23, 2026, the Parties filed a Joint Case Management Statement and Proposed Scheduling Order (Dkt. No. 19). The parties proposed that the deadline for Actian to amend their complaint would be February 4, 2026.

3.     On January 26, 2026, the Proposed Scheduling Order was granted (Dkt. No. 20).

4.     On February 3, 2026, the parties agreed to extend Actian's deadline to file their amended complaint by two (2) weeks to February 18, 2026 and filed a stipulation requesting the same.  On February 4, 2026, the Court granted the stipulation.  Dkt. No. 22.

5.     On February 18, 2026, the parties agreed to further extend Actian's deadline to file their amended complaint by another two (2) weeks to March 4, 2026 and filed a stipulation requesting the same.  On February 19, 2026, the Court granted the stipulation.  Dkt. No. 24.

6.     On March 3, 2026, the parties agreed to further extend Actian's deadline to file their amended complaint by another two (2) weeks to March 18, 2026 due to the fact that the parties are discussing settlement of the case. If the parties settle, there will be no need to add to the litigation by Actian amending the complaint.  This two week enlargement of today's deadline on the case calendar will not affect any other deadlines in the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this day of March 3, 2026, at Los Angeles, California.

By: /s/ Ryan E. Hatch
RYAN E. HATCH (CA Bar No. 235577)
**HATCH LAW, PC**
13323 Washington Blvd, Suite 302
Los Angeles, CA 90066

1

Telephone: (310) 279-5076
Facsimile: (310) 693-5328
ryan@hatchlaw.com

*Attorney for Plaintiff Actian Corporation*

DECLARATION OF RYAN E. HATCH IN SUPPORT OF THIRD JOINT STIPULATION TO EXTEND TIME
TO FILE FIRST AMENDED COMPLAINT BY TWO (2) WEEKS
Case No. 3:25-cv-06519-CRB

RYAN E. HATCH (SBN 235577)
**HATCH LAW PC**
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Telephone: 310-279-5076
ryan@hatchlaw.com

ALAN D. SEGE (SBN 177350)
**ALAN SEGE, ESQ. PC**
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Telephone: 310-957-3301
alan@alansege.com

Attorneys For Plaintiff
*Actian Corporation*

**HOLLAND & KNIGHT LLP**
John Kern (SBN 206001)
David I. Holtzman (SBN 299287)
Ana Dragojevic (341847)
Isabella Granucci (351957)
560 Mission Street, Suite 1900
San Francisco, California 94105
Phone: 415.743.6909
Fax: 415.743.691
Email: john.kern@hklaw.com
        david.holtzman@hklaw.com
        ana.dragojevic@hklaw.com
        isabella.granucci@hklaw.com

Attorneys for Defendant
*AAH Pharmaceuticals Limited*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ACTIAN CORPORATION, | Case No. 3:25-cv-06519-CRB |
| Plaintiff, | **[PROPOSED]** **ORDER GRANTING** |
| v. | **THIRD JOINT STIPULATION TO** **EXTEND DEADLINE TO FILE FIRST** |
| AAH PHARMACEUTICALS LTD., | **AMENDED COMPLAINT BY TWO (2)** **WEEKS** |
| Defendant. | |

The Parties' Third Joint Stipulation to Extend Time to File the First Amended Complaint by Two (2) Weeks has come before this Court.  Having reviewed the moving papers, any opposition thereto, the relevant record, and finding good cause, **IT IS HEREBY ORDERED** that the Joint Stipulation is granted.  The new deadline to file the First Amended Complaint is March 18, 2026.

**IT IS SO ORDERED.**

Dated:   March 3               , 2026

_____
Hon. Charles R. Breyer
United States District Judge

1