RYAN E. HATCH (SBN 235577)
**HATCH LAW PC**
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Telephone: 310-279-5076
ryan@hatchlaw.com

ALAN D. SEGE (SBN 177350)
**ALAN SEGE, ESQ. PC**
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Telephone: 310-957-3301
alan@alansege.com

*Attorneys For Plaintiff Actian Corporation*

**HOLLAND & KNIGHT LLP**
John Kern (SBN 206001)
David I. Holtzman (SBN 299287)
Ana Dragojevic (341847)
Isabella Granucci (351957)
560 Mission Street, Suite 1900
San Francisco, California 94105
Phone: 415.743.6909
Fax: 415.743.691
Email: john.kern@hklaw.com
        david.holtzman@hklaw.com
        ana.dragojevic@hklaw.com
        isabella.granucci@hklaw.com

Attorneys for Defendant
*AAH Pharmaceuticals Limited*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ACTIAN CORPORATION,<br>            Plaintiff,<br>v.<br>AAH PHARMACEUTICALS LTD.,<br>Defendants. | Case No.   3:25-cv-06519-CRB<br><br>**STIPULATION OF DISMISSAL**<br>**PURSUANT TO F.R.C.P.**<br>**41(a)(1)(A)(ii)** : ORDER<br><br>Assigned Judge: Hon. Charles R. Breyer |

## <u>STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)</u>

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff ("Plaintiff" or "Actian") and Defendant AAH Pharmaceuticals Limited ("Defendant" or "AAH") (collectively, the "Parties") hereby stipulate that this action be dismissed without prejudice as to all remaining claims, counterclaims, causes of action, and parties, each party bearing its own attorneys' fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 3, 2026

By:  /s/ Ryan E. Hatch
Ryan E. Hatch (SBN 235577)
ryan@hatchlaw.com
**HATCH LAW, PC**
13323 W. Washington Blvd., Ste. 302
Los Angeles, CA 90066
Tel: (310) 279-5076
Fax: (310) 693-5328

*Attorney for Plaintiff*
*ACTIAN CORPORATION*

Dated: April 3, 2026

HOLLAND & KNIGHT LLP
By: */s/  Ana Dragojevic*
John Kern
David I. Holtzman
Ana Dragojevic
Isabella Granucci

Attorneys for Defendant
*AAH Pharmaceuticals Limited*

1

## **ATTORNEY ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest, that each of the other signatories to this document have concurred in its filing.

/s/ Ryan E. Hatch
Ryan E. Hatch

STIPULATION OF DISMISSAL                                      Case No. 3:25-cv-06519-CRB

2

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: ____April 7____, 2026

By: _____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL                                Case No. 3:25-cv-06519-CRB